JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. CARROLL, SR., <br><br> Plaintiff, <br><br> vs. <br><br> S. KELLY CROMER, et al., <br><br> Defendants. | ) Case No. CV 11-2918-CJC (DTB) <br> ) <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice, but without further leave to amend.

DATED: May 9, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE